# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL WEBB,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| v. | |
| **USAA CASUALTY INSURANCE,** | **NO. 24-03568** |
| **Defendant.** | |

## ORDER

**AND NOW**, this 3rd day of December 2025, upon consideration of the Defendant's Motion for Summary Judgment (ECF No. 16), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez